No. 87–745.   FORD MOTOR CO. ET AL. *v.* TUNIS BROTHERS CO., INC., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 87–769.   OLAQUES *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–780.   POLLAK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 87–803.   HOUGHTON ET UX. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–810.   FLOREZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–815.   CORACE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 87–818.   HAYES *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–819.   SMITH *v.* INTERNATIONAL FUNDING CORP. ET AL. C. A. 9th Cir.   Certiorari denied.

No. 87–825.   TILLEY *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 87–830.   McGREGOR, TRUSTEE IN BANKRUPTCY FOR THE ESTATE OF PARSONS STEEL INDUSTRIES, INC. *v.* FIRST ALABAMA BANK OF MONTGOMERY, N. A., ET AL.   C. A. 11th Cir. Certiorari denied.

No. 87–832.   ARNOLD *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 87–833.   HAGEN *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 87–837.   CHERRY ET AL. *v.* COAST HOUSE LTD. ET AL. Sup. Ct. Ga.   Certiorari denied.

No. 87–838.   WILLIAMS *v.* HAWKINS ET AL.   C. A. 4th Cir. Certiorari denied.